COMMONWEALTH of Pennsylvania, Respondent

v.

Donnell SHIELDS, Jr., Petitioner

No. 127 WAL 2017

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.